UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RUELAS,<br><br>        Plaintiff,<br><br>    v.<br><br>DEACON CONSTRUCTION HOLDINGS, LLC,<br><br>        Defendant. | Case No. 24-cv-02826-PCP<br><br>**ORDER TO SHOW CAUSE** |

At the August 22, 2024, hearing on its pending motion to transfer, defendant Deacon Construction Holdings, LLC, acknowledged that this Court may lack subject matter jurisdiction over this matter under 28 U.S.C. § 1332 because at least one member of its LLC may be a California resident. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Subsequently, the parties failed to stipulate to dismissal as they had been ordered to do by this Court (Dkt. Nos. 20, 21).

The parties now request that the Court rule on the pending motion. In the absence of subject matter jurisdiction, however, the Court cannot rule on any pending motions. The parties are therefore ordered to show cause within 14 days of this order why this case should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated: September 19, 2024

_____
P. Casey Pitts
United States District Judge