UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RUELAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEACON CONSTRUCTION HOLDINGS, LLC,<br><br>　　　　Defendant. | Case No. 24-cv-02826-PCP<br><br>**ORDER DISMISSING LAWSUIT FOR LACK OF JURISDICTION**<br><br>Re: Dkt. No. 24 |

Plaintiff Thomas Ruelas brings this state law action against defendant Deacon Construction Holdings, LLC. Plaintiff filed this action in federal court with the good-faith belief that complete diversity existed. After filing, however, it became apparent that at least one of the defendant LLC's members is a California citizen, such that the LLC itself is deemed a citizen of California for purposes of 28 U.S.C. § 1332. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Because complete diversity is not present, this Court lacks jurisdiction under § 1332. *See* 28 U.S.C. § 1332(a); *cf. Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996) ("28 U.S.C. § 1332(a) … applies only to cases in which the citizenship of each plaintiff is diverse from the citizenship of each defendant."). Plaintiff's lawsuit is therefore dismissed without prejudice. Upon the refiling of plaintiff's claims in state court, that court can determine whether plaintiff's good-faith belief that this Court had jurisdiction over his claims at the time of this lawsuit's filing provides a basis to equitably toll the statute of limitations on those claims as of the filing of his federal court complaint. *See Addison v. California*, 21 Cal.3d 313 (1978).

1      **IT IS SO ORDERED.**

2   Dated: October 4, 2024

                                                            P. Casey Pitts
United States District Judge